# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KARL ANDREW BROWN,

         Plaintiff,

v.                                                    CASE NO.  4:13cv462-RH/CAS

FLORIDA DEPT. OF HEALTH,

         Defendant.

_____/


## ORDER DENYING SUMMARY JUDGMENT


This case is before the court on the magistrate judge's report and recommendation, ECF No. 13, and the objections, ECF No. 15.  I have reviewed *de novo* the issues raised by the objections.

The report and recommendation correctly concludes that the plaintiff has not shown a basis for summary judgment.  Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The plaintiff's summary-judgment motion, ECF No. 12, is DENIED.  The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on March 1, 2014.

s/Robert L. Hinkle
United States District Judge