# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KARL ANDREW BROWN,

    Plaintiff,

v.                                            CASE NO. 4:13cv462-RH/CAS

FLORIDA DEPT. OF HEALTH,

    Defendant.

_____/

## ORDER DENYING AN EXTENSION
## OF THE DEADLINE TO AMEND

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 49. No objections have been filed. Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion, ECF No. 47, to extend the deadline for amending the complaint is DENIED. The case is remanded to the magistrate judge

for further proceedings.

    SO ORDERED on October 17, 2014.

                                       s/Robert L. Hinkle
                                       United States District Judge